FILED
United States Court of Appeals
Tenth Circuit

March 24, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MATTHEW ALAN STACY,

    Defendant - Appellant.

No. 25-6029
(D.C. No. 5:24-CR-00146-R-2)
(W.D. Okla.)

_____

**ORDER**

_____

This matter is before the court following review of Defendant's Notice of Interlocutory Appeal [DC ECF No. 219] and the docketing statement filed in this court by Appellant Matthew Alan Stacy.

Mr. Stacy filed a notice of appeal from the district court's February 27, 2025 Order denying Defendant's Motion to Enjoin Prosecution and for Evidentiary Hearing [DC ECF No. 212]. The notice of appeal asserts appellate jurisdiction under 28 U.S.C. § 1292(a)(1) over an appeal from the denial of a motion to enjoin prosecution premised on the Rohrabacher-Farr and Rohrabacher-Blumenauer Amendments, *citing United States v. McIntosh*, 833 F.3d 1163, 1172-73 (9th Cir. 2016); *United States v. Bilodeau*, 24 F.4th 705, 711 (1st Cir. 2022). The notice of appeal also asserts jurisdiction under the collateral order doctrine. Alternatively, the notice of appeal states that the court should treat this matter as a petition for writ of mandamus. The docketing statement likewise

asserts that the February 27, 2025 order is appealable under § 1292(a) and/or under the collateral order doctrine, or alternatively as a mandamus petition.

    Upon consideration, both Appellant and the United States are directed to address the basis for appellate jurisdiction in their respective merits briefs, i.e., Appellant's opening brief and the United States' response brief shall include the jurisdictional arguments and authority for interlocutory appeal or mandamus.

    Appellant's opening brief and appendix remain due April 28, 2025.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk